227 F.3d 759 (6th Cir. 2000)
 RALPH MOORE, JR., Plaintiff-Appellant,
v.
CITY OF HARRIMAN; HARRIMAN POLICE DEPARTMENT; ROY JENKINS, Chief of Police, Harriman Police Department; DARREN MCBROOM; TERRY FINK; RANDY HEIDLE; VIRGIL MCCART; JERRY SINGLETON, Defendants-Appellees.
 No. 99-5258
 UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT
 September 12, 2000.
 
 Before: MARTIN, Chief Judge; MERRITT, NELSON, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, and GILMAN, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:
 
 
 2
 "The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."
 
 
 3
 Accordingly, it is ORDERED, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 It is FURTHER ORDERED that the appellant file a supplemental brief not later than Tuesday, October 10, 2000 and the appellees file supplemental brief not later than Tuesday, November 7, 2000.
 
 
 5
 The Clerk will schedule this case for oral argument as directed by the court.